# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITY TECHNOLOGY LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 13-1140-SLR |
| v. ) | |
| ) | |
| ASURION, LLC, ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Security Technology LLC, by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses all claims against Defendant Asurion, LLC without prejudice.

August 23, 2013

OF COUNSEL:

Stephen F. Roth
Aaron S. Eckenthal
Lerner, David, Littenberg, Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090-1497
(908) 654-5000
sroth@ldlkm.com
aeckenthal@ldlkm.com

BAYARD, P.A.

 /s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

Attorneys for Plaintiff Security Technology LLC